Case 1:21-mj-00168-GMH   Document 1-1

Case: 1:21-mj-00168
Assigned to: Judge G. Michael Harvey
Assign Date: 1/26/2021
Description: COMPLAINT W/ ARREST WARRANT

## STATEMENT OF FACTS

During the course of a Homeland Security Investigations (HSI) narcotics investigation, which began in on January 20, 2021, HSI learned that United States Postal Service (USPS) parcels containing suspected cocaine were being shipped from St. Thomas, U.S. Virgin Islands (USVI) to addresses in Washington D.C. The investigation revealed that Bennie J. FLOYD mailed these packages, containing kilogram quantities of cocaine.

On January 20, 2021, U.S. Customs and Border Protection (CBP) officers in St. Thomas inspected a USPS parcel (Package #1) bound for a Washington D.C. address (Address #1), pursuant to an alert by a CBP Narcotics Detection Dog (NDD). Subsequent inspection and field-testing revealed a kilogram quantity of cocaine, and the package was seized by HSI in St. Thomas for a planned law enforcement-controlled delivery in Washington D.C.

On January 20, 2021, U.S. CBP officers in San Juan, Puerto Rico inspected a USPS parcel (Package #2), originating from St. Thomas and bound for a Washington D.C. address (Address #2). U.S. Postal Inspection Service (USPIS) Inspectors in St. Thomas alerted CBP officer in San Juan to be on the lookout for Package #2, as USPIS in St. Thomas suspected the same person (later determined to be Bennie J FLOYD) mailed Package #1 and Package #2 from the U.S. Post Office on St. Thomas, on January 20, 2021. Subsequent inspection and field-testing revealed a kilogram quantity of cocaine, and the package was seized by HSI in San Juan for a planned law enforcement-controlled delivery in Washington D.C.

On January 20, 2021, your affiant and HSI Task Force Officer (TFO) Vincent Witkowski traveled to the Washington D.C. "Etta" Apartment Complex, which houses Address #1. While at the Etta apartment complex, your affiant and TFO Witkowski observed an African-American adult male (who your affiant later identified as FLOYD) enter the apartment complex through an access-controlled door with the use of a key fob. Your affiant and TFO Witkowski then observed FLOYD enter the apartment complex mail room, where a USPS letter carrier was in the process of dropping off mail to apartment mailboxes. Your affiant and TFO Witkowski heard FLOYD ask the letter carrier, "… was any mail for Apartment 209…" (Address # 1), and the mail carrier replied there was not. Your affiant and TFO Witkowski then observed FLOYD depart the mail room, walk through the lobby, exit the building, and enter a Lexus Sedan (Vehicle 1) parked outside, black in color, with Virginia license plate K56247.

Law enforcement conducted records checks and a query of the Virginia Department of Motor Vehicles which revealed Vehicle 1 was registered to a Bennie J. FLOYD, with Date of Birth (DOB): xx/xx/1978 and Social Security Number (SSN): xxx-xx-8287, with an address listed at xxxx Meigs Place, NE, Washington D.C. 20002. Your affiant queried U.S. Passport records and identified a passport belonging to a Bennie J. FLOYD with a matching DOB and SSN, issued on November 2, 2020. Your affiant and TFO Witkowski then observed the accompanying passport photo of FLOYD and positively identified FLOYD as the person they observed earlier in the day at the Etta Apartment Complex, in vicinity of Address #1.

Through a check of law enforcement databases for travel history, your affiant determined FLOYD was present in St. Thomas, USVI, on January 20, 2021, the same date Package #1 and Package #2 were sent. Your affiant reviewed a report written by a CBP officer who interviewed FLOYD in secondary screening at St. Thomas airport on January 20, 2021, while FLOYD was attempting to board Jet Blue Airlines flight B61135 from St. Thomas to San Juan, Puerto Rico en route to Washington, D.C. FLOYD told the interviewing CBP officer he arrived in St. Thomas on January 19, 2021, for the purpose of visiting family. Your affiant learned through HSI Special Agent (SA) Michael Fogle and USPIS Inspector (Insp) Michael Williams that law enforcement had a photograph and video footage of FLOYD mailing Package #1 to Address #1, and mailing Package #2 to Address #2.

The photograph, which your affiant viewed, was captured from video footage filmed inside the Sugar House U.S. Post Office on St. Thomas, and depicted the moments when FLOYD stood in line at the post office to mail Package #1 and Package #2. Additionally, USPS Insp Williams provided your affiant with a photograph furnished by CBP, depicting FLOYD standing in the St. Thomas Airport on January 20, 2021 waiting to board Jet Blue Airlines flight B61135 from St. Thomas to San Juan, Puerto Rico. CBP officers at St. Thomas Airport confirmed the individual in the footage was FLOYD, as he was screened and identified by CBP while attempting to board a flight back to Washington, D.C., via San Juan. Your affiant observed the photograph of the individual in the St. Thomas Post Office, as well as the photograph of the individual in the St. Thomas Airport, and determined both photographs showed the same man, wearing the same clothing, who was confirmed by CBP to be FLOYD.

From January 21 to January 25, 2021, law enforcement conducted daily surveillance of Address #1 and Address #2. Law enforcement officers, to include your affiant and TFO Witkowski, observed FLOYD inside the apartment complex housing Address #1 on January 21, 2020, and observed FLOYD's vehicle parked outside of Address #1 on January 21, January 22, January 23, January 24, and January 25. Law enforcement also observed FLOYD's unoccupied car parked outside of Address #2 on January 23, 2020.

During the course of the investigation, your affiant learned through investigative means to include personal observation, queries of travel records and flight data, photographs obtained from video footage, and other law enforcement reports, that FLOYD was present in St. Thomas on January 20, 2021. Your affiant learned that FLOYD was caught on video mailing two packages (Package #1 and Package #2), later determined to contain kilogram quantities of cocaine, to addresses in Washington D.C. (Address #1 and Address #2). Your affiant personally observed FLOYD inside the apartment complex housing Address #1, and heard FLOYD ask a USPS mail carrier about mail for Address #1. Law enforcement surveillance observed FLOYD's unoccupied vehicle parked outside of Address #2.

Based on the above stated facts, your affiant concludes FLOYD traveled to St. Thomas, personally mailed two packages containing kilogram quantities of cocaine, and was present at both recipient addresses (Address #1 and Address #2) in the following days. Your affiant has not provided every fact known to him during the investigation, but facts sufficient to establish probable cause.

_____
SPECIAL AGENT JULIAN HERMAN
HOMELAND SECURITY INVESTIGATIONS

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 26th day of January 2021.*

_____
G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE